IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WAYNE CROCKER, | 1:07-cv-01847-LJO-SMS-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS & RECOMMENDATIONS |
| vs. | (Doc. 11.) |
| JAMES YATES, et al., | ORDER DISMISSING ACTION FOR FAILURE TO STATE A CLAIM AND |
| Defendants. | DIRECTING CLERK TO CLOSE CASE |

David Wayne Crocker ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On April 18, 2008, findings and recommendations were entered, recommending that this action be dismissed for plaintiff's failure to state a claim upon which relief may be granted under Section 1983. Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days. Plaintiff filed objections on May 13, 2008.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on April 18, 2008, are adopted in full;

1

2. This action is dismissed in its entirety, based on plaintiff's failure to state a claim upon which relief may be granted under Section 1983; and

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

**Dated:   May 29, 2008**                            /s/ Lawrence J. O'Neill
                                                                 UNITED STATES DISTRICT JUDGE

2